IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHRISTINE WILSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BROOKFIELD WASHINGTON, LLC t/a )<br>BROOKFIELD RESIDENTIAL, et al., )<br>)<br>Defendants. ) | 1:22-cv-215 (LMB/IDD) |

## ORDER

For the reasons stated in open court, plaintiffs' Motion for Leave to File a Second Amended Complaint [Dkt. No. 51] is DENIED, and defendants' Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment [Dkt. No. 33] is GRANTED to the extent it sought dismissal. Accordingly, it is hereby

ORDERED that plaintiffs' Amended Class Action Complaint [Dkt. No. 25] be and is DISMISSED without prejudice because the Court lacks subject matter jurisdiction; and, it is further

ORDERED that plaintiffs' Motion for Voluntary Dismissal of Plaintiff Christine Wilson [Dkt. No. 47] be and is DENIED as moot; and, it is further

ORDERED that defendants' oral motion for Fed. R. Civ. P. 11 sanctions and plaintiffs' oral motion to include in this Order a grant of sixty (60) days to file a new lawsuit be and are summarily DENIED.

The Clerk is directed to forward copies of this Order to counsel of record, and to close this civil action.

Entered this 18 day of November, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge